1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *MELINDA WRIGHT, individually and on behalf of all others similarly situated,*<br><br>                    *Plaintiff,*<br><br>v.<br><br>*COSTCO WHOLESALE CORPORATION, a Washington corporation,*<br><br>                    *Defendant.* | Case No. 3:22-cv-04343-WHO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Having read and considered the Stipulated Request for Order for Briefing Schedule on Defendant, Costco Wholesale Corporation's Motion to Dismiss Plaintiff, Melinda Wright's First Amended Complaint, and good cause appearing therefore, the Court **GRANTS** the Parties' Stipulated Request as follows:

Plaintiff's Opposition to Defendant's Motion to Dismiss the FAC shall be filed and served no later than December 8, 2022, and Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's FAC shall be filed and served no later than December 29, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 14, 2022

_____
Hon. William H. Orrick
United States District Judge