Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway  |  Malibu, CA 90265

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MELINDA WRIGHT, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-04343-WHO |
|---|---|
| Plaintiff, | CLASS ACTION |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF THE ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |
| COSTCO WHOLESALE CORPORATION, a Washington corporation, | |
| Defendant. | Complaint Filed: July 27, 2022<br>FAC Filed:        October 4, 2022 |

1  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED
2  THAT this action is dismissed in its entirety with prejudice as to Plaintiff Melinda Wright's
3  claims and without prejudice as to the claims of any putative class members pursuant to Federal
4  Rule of Civil Procedure 41(a)(1)(A)(ii).
5  **IT IS SO ORDERED.**

DATED: November 9, 2023



_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE